BETTY MICHNICK, Appellant, v. GARDEN ICE SKATING CLUB, INC., Respondent.

Christ, Acting P. J., Rabin and Nolan, JJ., concur; Brennan and Hopkins, JJ., dissent and vote to affirm the order and judgment appealed from.